Honorable Franklin D. Burgess

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Petitioner,<br><br>   v.<br><br>ANOUSACK SAYASACK, et. al.,<br><br>              Defendants. | )<br>)  NO.  06-05596<br>)<br>)  ORDER EXTENDING MOTIONS<br>)   CUTOFF DATE<br>)<br>)<br>)<br>)<br>) |

Upon agreed motion of the parties for extension of the pretrial motions due date, the Court finds that such a continuance would serve the ends of justice; therefore,

IT IS HEREBY ORDERED that the pretrial motions due date in this matter be extended to November 1, 2006.

ORDERED this 11th day of October, 2006.

_[signature]_

FRANKLIN D. BURGESS
UNITED STATES DISTRICT JUDGE

PROPOSED ORDER EXTENDING MOTIONS
CUTOFF DATE - Page 1

COHEN & IARIA
National Building, Suite 302
1008 Western Avenue
Seattle, Washington 98104
206-624-9694

Presented by:

s/Michael P. Iaria
Michael P. Iaria, WSBA # 15312
Attorney for Anousack Sayasack
1008 Western Ave Ste 302
Seattle, WA 98104
PH: 206-624-9694
FAX: 206-624-9691
Email: mpi@cohen-iaria.com

Approved by:

s/Stephan Illa
Stephan Illa, WSBA # 15793
Attorney for Phophinh Sayasack
600 1st Ave Ste 433
Seattle, WA 98104
PH: 206-464-4142
FAX: 206-855-9702
Email: thestephanator@msn.com

s/Douglas J. Hill
Douglas J. Hill
AUSA

PROPOSED ORDER EXTENDING MOTIONS CUTOFF DATE - Page 2

COHEN & IARIA
National Building, Suite 302
1008 Western Avenue
Seattle, Washington 98104
206-624-9694