Hon. Franklin D. Burgess

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>PHOPHINH SAYASACK,<br>ANOUSACK SAYASACK,<br><br>Defendants. | No. CR06–5596FDB<br><br>ORDER GRANTING AGREED MOTION TO CONTINUE TRIAL DATE & PRETRIAL MOTIONS DEADLINE |

The Court, having reviewed the Agreed Motion to Continue Pretrial Motions Deadline and Trial Date, finds that, pursuant to Title 18, United States Code, Sections 3161(h)(8)(A) and (B)(iv), the ends of justice served by granting the requested continuance outweigh the best interest of the public and defendants in a speedy trial, for the reasons outlined in defendant's motion. Specifically, it appears to the Court that the failure to grant a trial continuance would effectively deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

1

2
      IT IS THEREFORE ORDERED that the trial date of November 27, 2006 is

3
continued to February 12, 2007, and the motions deadline is extended to December 6, 2006.

4
      IT IS FURTHER ORDERED that the period of delay from November 27, 2006, up to

5
and including the new trial date of February 12, 2007, is excludable time pursuant to Title

6
18, United States Code, Section 3161(h)(8)(A), for the purpose of computing the time

7
limitations imposed by the Speedy Trial Act, Title 18 United States Code, Sections 3161

8
through 3174.

9
      ORDERED this 8th day of November, 2006.

10

11

12
                                 FRANKLIN D. BURGESS
                                 UNITED STATES DISTRICT JUDGE

13

14

15
Presented by:

16
LAW OFFICES OF STEPHAN R. ILLA, INC., P.S.

17

18
Stephan R. Illa
WSBA No. 15793

19
Attorney for Defendant Phophinh Sayasack

20

21
                                 Certificate of Service

22
      I certify, under penalty of perjury under the laws of the State of Washington, that today I electronically filed this pleading and all attachments with the Clerk of Court using the CM/ECF system, which will send electronic notification of the filing to the attorneys of record for each of the parties.

23
Signed on November 1, 2006 in Seattle, Washington.

24

25

26
Stephan R. Illa

[PROPOSED] ORDER GRANTING AGREED MOTION      LAW OFFICES OF STEPHAN R. ILLA, INC. P.S.
TO CONTINUE TRIAL DATE & PRETRIAL MOTIONS      600 FIRST AVENUE, SUITE 433
                                                                         SEATTLE, WA 98104

DEADLINE - 2

                                                                                           (206) 464-4142